IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LINCOLN BENEFIT LIFE COMPANY,** | ) ) ) | |
| Interpleader Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:22-cv-000524<br>District Judge: Susan J. Dlott |
| **TIMOTHY A. BOLTON, and RICHARD L. SCHULTE II,** | ) ) ) | Magistrate Judge: _____ |
| Interpleader Defendants. | ) ) | |

**PLAINTIFF LINCOLN BENEFIT LIFE COMPANY'S
MOTION TO DEPOSIT FUNDS**

COMES NOW, Interpleader Plaintiff Lincoln Benefit Life Company ("LBL"), by its undersigned attorneys, and pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1 hereby moves for an Order from the Court to tender to the Clerk of the United States District Court, Southern District of Ohio, Western Division, the sum of $125,000, plus accrued interest (the "Sum"), for deposit once received into the Court's registry, with the Treasurer of the United States, in the name and to the credit of this Court, pursuant to 28 U.S.C. § 2041, in interest bearing instruments in the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts until such time as the Court makes its order directing disbursement and distribution of these funds. The Sum represents the death benefit, plus interest as required by law, payable pursuant to LBL's life insurance policy 01T1626745 issued to the late Robin L. Re (the "Policy").

LBL requests an Order to deposit the Sum because it is unable to determine to whom the death benefit should be paid. Interpleader Defendants each claim they are entitled to the Sum. As

1

a result, LBL now faces competing and inconsistent obligations with regard to the disposition of the death benefit payable under the policy.

    A proposed order in the form provided for in L. Civ. R. 67.1 is enclosed herewith.

    WHEREFORE, LBL respectfully requests that this Court enter the enclosed order allowing LBL to deposit the Sum with the Clerk of the United States District Court, Southern District of Ohio, Western Division for deposit in the Court's registry in an interest bearing account to await further order from the Court regarding disbursement.

Dated: September 8, 2022                  Respectfully submitted,

                                         */s/ **Ian D. Mitchell***
                                         Ian D. Mitchell (0090643)
                                         REMINGER CO., L.P.A.
                                         525 Vine Street, Suite 1500
                                         Cincinnati, OH 45202
                                         T: 513-455-4037
                                         F: 513-721-2553
                                         imitchell@reminger.com
                                         **Counsel for Plaintiff Lincoln Benefit Life Co.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ **Ian D. Mitchell**
Ian D. Mitchell, Esq. (0090643)